1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    MY ANH NGUYEN,                          Case No. 25-cv-07100

          Petitioner,
8
                                             **ORDER REGARDING MOTION FOR**
9       v.                                   **TEMPORARY RESTRAINING ORDER**

10   POLLY KAISER, et al.,                    Re: Dkt. No. 2

          Respondents.
11

12

13         Petitioner seeks a temporary restraining order to enjoin the U.S. Department of Homeland

14   Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE") from re-arresting him

15   "until and unless the Respondents can provide proof that his removal to Vietnam is reasonably

16   foreseeable and that re-detention is necessary to effectuate a government interest in preventing

17   flight risk or danger to the community."  TRO Mot. at 4, ECF No. 2.  Petitioner fears that he will

18   be re-arrested and detained tomorrow, August 22, 2025, following a check-in appointment at the

19   ICE San Francisco Field Office.  Pet. for Writ of Habeas Corpus at 1-2, ECF No. 1.

20         Accordingly, the Court **ORDERS** that:

21      1.  The Petition, TRO Motion, and this Order **SHALL** be served on Respondents such that

22          they receive actual notice as soon as practicable, and Petitioner shall file proof of such

23          service by no later than **Friday, August 22, 2025**.

24      2.  Respondents shall file a response to Petitioner's TRO Motion by no later than

25          **Monday, August 25, 2025**.  If Respondents intend to re-detain Petitioner, Respondents

26          shall substantiate their factual basis for determining that, "on account of changed

27          circumstances, . . . there is a significant likelihood that [Petitioner] may be removed in

28          the reasonably foreseeable future."  8 C.F.R. § 241.13(i)(2).  Any reply shall be filed

United States District Court
Northern District of California

by **Tuesday, August 26, 2025**.

3. A hearing on Petitioner's TRO Motion is set for **Wednesday, August 27, 2025, at 1:00 p.m.** in the courtroom of the assigned Judge, or as otherwise ordered by that Judge.

**IT IS SO ORDERED.**

Dated: August 21, 2025

_____
Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2