UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

My Anh Nguyen ,

    Plaintiff(s),

v.

Polly Kaiser ,

    Defendant(s).

Case No. 3:25-cv-07100-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, R. Linus Chan, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: My Anh Nguyen in the above-entitled action. My local co-counsel in this case is Judah Lakin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 307740.

| 229 19th Ave South University of Minnesota | 1939 Harrison Street, Suite 420 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 612 301 1156 | (510) 379-9216 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rlchan@umn.edu | judah@lakinwille.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0403311.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 08/21/2025                              R. Linus Chan
                                                  APPLICANT
5

6  ═══════════════════════════════════════════════════════════════

7

8  ORDER GRANTING APPLICATION
9  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11  IT IS HEREBY ORDERED THAT the application of R. Linus Chan is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.

15  Dated: 08/25/2025

16

17                                              _____
18                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California